428 A.2d 693

Commonwealth v. Moore, III, Appellant.

Argued December 4, 1979. Gregory V. Smith, Chief Public Defender, for appellant; Robert F. Banks, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment of sentence affirmed.